## (September 26, 1957)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDGAR R. STODDART, Appellant.— Appeal from an order of the County Court, Westchester County, denying appellant's application in the nature of a writ of error *coram nobis* to vacate and set aside a judgment of said court convicting him of grand larceny in the first degree, upon his plea of guilty.  Order unanimously affirmed.  No opinion.  Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDGAR R. STODDART, Appellant.— Appeal from a judgment of the County Court, Westchester County, convicting appellant of grand larceny in the first degree, on his plea of guilty, and sentencing him to a term of imprisonment in a State prison for an indeterminate term, the maximum of such imprisonment to be two years and the minimum one year.  Judgment modified on the facts by directing that appellant be confined in the local penitentiary, by reducing his sentence to the time already served and by giving him full credit for such time.  As so modified, judgment unanimously affirmed.  In our opinion, since appellant is a first offender, the interests of justice will be better served by thus modifying the judgment.  Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

## (September 30, 1957)

■ AMHERST FACTORS, INC., Respondent, v. EVELYN KOCHENBURGER, Individually and as Administratrix of the Estate of OTTO KOCHENBURGER, Deceased, et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted.  The following question is certified: Was the order of the Special Term properly made?  Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.  [See *ante,* p. 745.]

■ MARY CONNORS et al., Appellants, v. MACCABAE BOORSTEIN et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Appellate Division properly made?  Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.  [See *ante,* p. 759.]

■ COUNTY INDUSTRIAL CORP., Respondent, v. WILLIAM FRANCIA et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted.  The following question is certified: Was the order of the Special Term properly made?  Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See *ante,* p. 748.]

■ EMILIO LORENZO, Appellant, v. I. HOWARD LEHMAN et al., as Trustees in Reorganization of Westchester Street Transportation Company, Inc., et al., Respondents, et al., Defendant.  LOUIS KATZ, Appellant, v. I. HOWARD LEHMAN et al., as Trustees in Reorganization of Westchester Street Transportation Company, Inc., et al., Respondents, et al., Defendant.— Motion to dismiss appeal granted, with $10 costs, and appeal dismissed.  Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.